IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PUHL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:21-cv-01401-NR |
| | ) |
| v. | ) Judge J. Nicholas Ranjan |
| | ) |
| HACKNEY KIDRON, VT HACKNEY, | ) *Filed Electronically* |
| INC., HACKEY AND KIDRON, and | ) |
| ST ENGINEERING HACKNEY, INC. | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate to dismissal of this civil action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice.

Respectfully submitted,

FOR PLAINTIFF MICHAEL PUHL:

By: Lawrence D. Kerr
Lawrence D. Kerr (PA 58635)
lkerr@westpalawyers.com

Tremba, Kinney, Greiner & Kerr, LLC
302 West Otterman Street
Greensburg, PA 15601
Telephone: (724) 838-7600

FOR DEFENDANT ST ENGINEERING HACKNEY, INC.

By: Philip K. Kontul
Philip K. Kontul (PA 94156)
philip.kontul@ogletree.com

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One PPG Place
Suite 1900
Pittsburgh, PA 15222
Telephone: (412) 394-3352

Dated: February 22, 2022

Exhibit A